IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT WICHITA, KANSAS

TIFFANY WILSON, )
)
                *Plaintiff,* )
)
v. ) Case No. 18-1042-EFM
)
STATE FARM MUTUAL AUTOMOBILE )
INSURANCE COMPANY, )
)
                *Defendant.* )
)

**PROTECTIVE ORDER**

The Wichita Police Department, in the above case, has been requested to release certain documents including investigative records and reports. The City of Wichita, through Elizabeth Harlenske, Assistant City Attorney, has asked this Court for a Protective Order claiming that such files contain irrelevant material, confidential material, and material which should be protected.

WHEREUPON, THE COURT HEREBY ORDERS, ADJUDGES AND DECREES:

1. That the Wichita Police Department is hereby ordered to release copies of its reports pertaining to 17 C 028774.

2. That the parties to this lawsuit shall not copy, turn over or make available or disclose to any agency or person whatsoever any of the documents which have been provided from the Wichita Police Department files, except as stated in paragraph 3.

3. That the documents obtained from the files of the Wichita Police Department and any information gathered therefrom shall be treated as confidential and the same shall not be disclosed except as required in this case or unless referred to or testified to in open court. Further,

documents obtained from such files shall not be attached to any pleading without an order of this Court upon a showing of necessity and relevancy.

4. The Wichita Police Department reserves the right to raise any objection to the production of any specific report which would be contrary to any applicable statutory provisions, including any amendments thereto, which prohibit the release of such investigatory records.

IT IS SO ORDERED.

Dated July 11, 2018, at Kansas City, Kansas.

                            s/ James P. O'Hara
                            HONORABLE JAMES P. O'HARA
                            UNITED STATES MAGISTRATE JUDGE

Approved:

By s/ Elizabeth Harlenske
    Elizabeth Harlenske, #11059
    Assistant City Attorney
    City Attorney's Office
    City of Wichita
    455 N. Main St.
    Wichita, KS  67202
    Telephone:   (316) 268-4681
    Facsimile:    (316) 268-4335
    E-mail:       eharlenske@wichita.gov
    *Attorney for City of Wichita*

By s/ Dustin L. DeVaughn
    Dustin L. DeVaughn, #16559
    Kathryn A. Wright, #27478
    DeVAUGHN JAMES INJURY LAWYERS
    3241 Toben St.
    Wichita, KS  67226

Telephone: (316) 977-9999
Facsimile: (316) 425-0414
E-mail: ddevaughn@devaughnjames.com
kwright@devaughnjames.com
*Attorneys for Plaintiff*


By s/ Craig W. West
Craig W. West, #13223
FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
Telephone: (316) 291-9784
Facsimile: (866) 347-3143
E-mail: cwest@foulston.com
*Attorney for Defendant*